UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:26-cv-00098 ADS                              Date:  May 7, 2026

Title:  *Robert Cravens v. Experian Information Solutions, Inc., et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|                Kristee Hopkins                |                None Reported                |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On January 13, 2026, Plaintiff filed a Complaint.  (Dkt. No. 1.)  Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian") stipulated to extend Experian's time to respond to the Complaint to April 20, 2026.  (Dkt. No. 23.)  To date, Defendant Experian has not filed a responsive pleading, and Plaintiff has not requested entry of default.

Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for lack of prosecution as to Defendant Experian.  Plaintiff must file a written response no later than **May 14, 2026**.  Among other appropriate responses, Plaintiff may file a request for entry of default in response to this Order.

**Plaintiff is expressly warned that failure to timely file a response to this order may result in dismissal of the action as to Defendant Experian**.

**IT IS SO ORDERED.**

Initials of Clerk <u>kh</u>

---

CV-90 (03/15)—SP                          Civil Minutes – General                          Page **1** of **1**